**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 25, 2021.**



In The

# Fourteenth Court of Appeals

---

NO. 14-21-00029-CR
NO. 14-21-00030-CR
NO. 14-21-00031-CR
NO. 14-21-00032-CR
NO. 14-21-00033-CR

---

**IN RE TRYONE BERRY, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**263rd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1654103, 1654105, 1654106, 1654107 & 1654108**

---

## MEMORANDUM OPINION

On January 14, 2021, relator Tryone Berry filed five petitions for writs of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the respondent, the Honorable Amy Martin, presiding judge of the 263rd District Court of Harris County, to rule on relator's motions for bond reduction.

On January 21, 2021, the court issued an order advising relator that his petitions do not comply with the Texas Rules of Appellate Procedure and providing notice that the court would dismiss the petitions if the deficiencies were not cured. *See In re Berry*, Nos. 14-21-00029-CR, 14-21-00030-CR, 14-21-00031-CR, 14-21-00032-CR & 14-21-00033-CR (Tex. App.—Houston [14th Dist.] Jan. 21, 2021, order). Specifically, we explained to relator that his petitions did not include either (1) a certification that every factual statement in the petition is supported by competent evidence in the appendix or record or (2) an authenticated transcript of any relevant testimony from any underlying proceeding, including exhibits offered into evidence, or a statement that no testimony was adduced in connection with the matter complained of. *Id.* (citing Tex. R. App. P. 52.3(j), 52.7(a)(2)).

Relator has not cured the deficiencies. Relator has not included the required certification under Rule 52.3(j). *See* Tex. R. App. P. 52.3(j). Nor has relator provided any authenticated transcript of any relevant testimony from any underlying proceeding, including exhibits offered into evidence, or a statement that no testimony was adduced in connection with the matter complained of. *See id.* 52.7(a)(2).

Because relator's petitions do not comply with the Texas Rules of Appellate Procedure, they are dismissed without prejudice to refiling.


PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.
Do Not Publish — Tex. R. App. P. 47.2(b).

2